## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY WAYNE BOOTH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY COMMISSIONERS, *et al.*,<br><br>　　　　　　　　Defendants. | 3:23-cv-00311-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 9 |

　　　Before the court is Plaintiff's Motion for Copy of Screening Order. (ECF No. 9.) Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

　　　Plaintiff's Motion (ECF No. 9) is **GRANTED** to extent that the Clerk of the Court is directed to send Plaintiff a courtesy copy of the court's Screening Order (ECF No. 5).

**IT IS SO ORDERED.**

DATED:  April 9, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1