UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COREY WAYNE BOOTH,<br><br>    Plaintiff<br><br>v.<br><br>WASHOE COUNTY COMMISSIONERS, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00311-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 8, 12 |

    Plaintiff filed a motion for issuance of subpoenas (ECF No. 8) and a motion for an extension of time to file the USM-285 forms with the U.S. Marshals Office (ECF No. 12).

    On January 31, 2024, the court granted Plaintiff's application to proceed *in forma pauperis* (IFP) and screened Plaintiff's complaint and allowed him to proceed with the following claims: Fourteenth Amendment claims of indifference to his medical needs and unsafe jail conditions against Washoe County Commissioners and the City of Reno Municipality City Commissioners under a theory of municipal liability; and as well as claims under the Americans with Disabilities Act (ADA) and Rehabilitation Act (RA) against Washoe County Commissioners and the City of Reno Municipality City Commissioners and Darin Balaam. (ECF No. 5.) The court directed the Clerk to issue summonses for each of the Defendants to be delivered to the U.S. Marshal for service, along with sufficient copies of the complaint. The court also directed the Clerk to send Plaintiff three USM-285 forms, and the court gave Plaintiff 30 days to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form. (*Id*.)

The Clerk issued the summonses for the three defendants and sent them to the U.S. Marshals pursuant to the court's order. (ECF No. 6.) Therefore, Plaintiff's motion for issuance of subpoenas is denied as moot.

The court will, however, grant Plaintiff's motion for an extension of time to furnish the required USM-285 forms to the U.S. Marshal.

## CONCLUSION

Plaintiff's motion for issuance of subpoenas (ECF No. 8) is **DENIED AS MOOT** as the subpoenas have already been issued and delivered to the U.S. Marshal.

Plaintiff's motion for an extension of time to furnish the USM-285 forms to the U.S. Marshal (ECF No. 12) is **GRANTED**.

The Clerk shall **SEND** Plaintiff a copy of the screening order (ECF No. 5) to his new address of record. The Clerk shall also **SEND** Plaintiff **3** USM-285 forms. Plaintiff has **30 days** from the date of this Order to furnish to the U.S. Marshal the required USM-285 forms with the relevant information as to each Defendant on each form.

Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the court identifying any defendant who was not served, if any. If Plaintiff wishes to have service attempted again on an unserved defendant(s), then he must file a motion with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

The court will also give Plaintiff an additional **90 days** from the date of this Order to complete service on each of the defendants. If service is not timely completed, the defendant(s)

may be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: May 1, 2024

_____
Craig S. Denney
United States Magistrate Judge