# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY WAYNE BOOTH,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY<br>COMMISSIONERS, *et al.*,<br><br>                    Defendants. | 3:23-cv-00311-ART-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court received information via an undeliverable notice (ECF No. 30) that Plaintiff has moved. **Plaintiff shall file a notice of change of address <u>within ten (10) days</u> from the date of this order in accordance with LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.**

**IT IS SO ORDERED.**

DATED: July 9, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1