UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COREY WAYNE BOOTH,<br><br>                Plaintiff,<br>  v.<br><br>WASHOE COUNTY COMMISSIONERS, NAPHCARE MEDICAL, INC., WASHOE COUNTY SHERIFF,<br><br>               Defendants. | Case No. 3:23-CV-00311-ART-CSD<br><br>ORDER |

     Before the Court is Defendant's Motion to Enter Separate Judgment (ECF No. 39.) Pursuant to ECF No. 38, adopting the Magistrate Judge's Report and Recommendation, this action is DISMISSED WITHOUT PREJUDICE.

     It is therefore ordered that Defendant's Motion to Enter Separate Judgement (ECF No. 39) is GRANTED.

     The Clerk of the Court is directed to CLOSE THE CASE and ENTER JUDGMENT accordingly.

     Dated this 16th day of September, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1