# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COREY WAYNE BOOTH,

                    Plaintiff,

  v.

WASHOE COUNTY
COMMISSIONERS, e*t al.*,

                    Defendants.

3:23-cv-00311-ART-CSD

**ORDER**

Re:  ECF No. 61

Before the court is Plaintiff's Motion for Copy of Complaint. (ECF No. 61.) Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course.  However, in this instance, Plaintiff's request shall be granted on a **one-time basis**.  Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

Plaintiff's Motion (ECF No. 61) is **<u>GRANTED</u>** to extent that the Clerk of the Court shall send a courtesy copy of the Complaint (ECF No. 1-1) and the Court's Screening Order (ECF No. 5) to Plaintiff.

**IT IS SO ORDERED.**

DATED:  March 25, 2026.



_____

Craig S. Denney
United States Magistrate Judge