# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY WAYNE BOOTH, | Case No.: 3:23-cv-00311-ART-CSD |
| Plaintiff | **Minute Order** |
| v. | Re: ECF Nos. 57, 59 |
| WASHOE COUNTY COMMISSIONERS, et al., | |
| Defendants | |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>ASHLYN BYE</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendant City of Reno Municipality Commissioners filed a renewed motion to dismiss on March 18, 2026. (ECF Nos. 57, 57-1.) On March 19, 2026, the Washoe County Commissioners and Washoe County Sheriff filed their renewed motion for judgment on the pleadings. (ECF No. 59.) To date, Plaintiff has not filed a response to either motion.

The Clerk shall **SEND** Plaintiff copies of ECF Nos. 57, 57-1, 59. Plaintiff has until **May 19, 2026,** to file a response to Defendants' motions. If Plaintiff fails to file a response, the court will proceed with issuing a report and recommendation on Defendants' motions.

**IT IS SO ORDERED**.

Dated: April 29, 2026                    DEBRA K. KEMPI, CLERK


                                        By: _____\s_____

                                             Deputy Clerk